Submitted on the record January 9, modified ballot title referred to Attorney General for additional modification March 14, 2002
New modified ballot title certified March 29, 2002 (333 Or 589, 43 P3d 430)

Tricia BOSAK
and James Sager,
*Petitioners,*

*v.*

Hardy MYERS,
Attorney General,
State of Oregon,
*Respondent.*

(SC S48536)

41 P3d 1082

Paul B. Gamson, Smith, Gamson, Diamond & Olney, Portland, filed the petition objecting to the modified ballot title for petitioners.

Rolf C. Moan, Assistant Attorney General, Salem, filed the response for respondent. With him on the response were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

PER CURIAM

## PER CURIAM

This is a ballot title proceeding regarding Initiative Petition 40 (2002).[1] In *Bosak v. Myers*, 333 Or 39, 37 P3d 980 (2001), this court sustained in part petitioners' objections to the Attorney General's certified ballot title and referred the certified ballot title to the Attorney General for modification. The Attorney General filed a modified ballot title, and petitioners objected to the modified ballot title. At the court's request, the Attorney General responded to petitioners' objection, arguing that the court should deny the objection. ORS 250.085(9) requires the court to review the Attorney General's modified ballot title to determine whether it "substantially complies with the requirements of ORS 250.035."

The Attorney General's modified ballot title is insufficient for the reasons described by this court with respect to a similar modified ballot title for a similar proposed measure in *Novick/Bosak v. Myers*, 333 Or 490, 41 P3d 1080 (2002). For the same reasons, we refer the modified ballot title in this proceeding to the Attorney General for additional modification.

Modified ballot title referred to Attorney General for additional modification.

---

[1] This court summarized the proposed initiative as follows in *Bosak v. Myers*, 333 Or 39, 41, 37 P3d 980 (2001):

"The proposed initiative, if approved, would incorporate into the Oregon Constitution several new provisions concerning the negotiation of wages and working conditions in public sector workplaces in Oregon."